Ann-Martha Andrews
Nevada Bar No. 007585
Kristina N. Holmstrom
Nevada Bar No. 010086
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
3800 Howard Hughes Parkway
Suite 1500
Las Vegas, NV 89169
Telephone: 602.778.3700
Fax: 602.778.3750
ann.andrews@ogletree.com
kristina.holmstrom@ogletree.com

*Attorneys for Plaintiff Standard Insurance Company*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| STANDARD INSURANCE COMPANY, | Case No.: 2:19-CV-01704-JCM-NJK |
| Plaintiff, | |
| vs. | STIPULATION TO EXTEND DATE TO ANSWER COMPLAINT |
| JEAN E. BATES and RACHAEL MENGES, | |
| Defendants. | |

Defendant Rachael Menges and plaintiff Standard Insurance Company hereby stipulate that the defendant may have through and including December 20, 2019 to answer plaintiff's Complaint.

Good cause exists for this extension as the defendant Rachael Menges needs to obtain local counsel.

The parties certify that this stipulation was done in good faith and not for the purposes of delay.

DATED this 27th day of November 2019.

| | |
|---|---|
| /s/ Rachael Menges <br> Pro Per | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. <br><br> By: /s/ Ann-Martha Andrews <br> Ann-Martha Andrews <br> Nevada Bar No. 007585 <br> Kristina N. Holmstrom <br> Nevada Bar No. 010086 <br> 3800 Howard Hughes Parkway <br> Suite 1500 <br> Las Vegas, NV 89169 <br> Telephone: 602.778.3700 <br> Fax: 602.778.3750 <br> ann.andrews@ogletree.com <br> kristina.holmstrom@ogletree.com <br><br> *Attorneys for Plaintiff Standard Insurance Company* |

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 2, 2019

2