# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

STANDARD INSURANCE COMPANY,

    Plaintiff(s),

v.

JEAN E. BATES, et al.,

    Defendant(s).

Case No.: 2:19-cv-01704-JCM-NJK

**ORDER**

Plaintiff has not filed a motion requesting that the Court set a scheduling conference as required in interpleader cases. *See* Local Rule 22-1. Plaintiff is hereby **ORDERED** to file such motion no later than January 3, 2020.

IT IS SO ORDERED.

Dated: December 26, 2019

_____
Nancy J. Koppe
United States Magistrate Judge