# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STANDARD INSURANCE COMPANY,<br>    Plaintiff,<br>v.<br>JEAN E. BATES, et al.,<br>    Defendants. | Case No.: 2:19-cv-01704-JCM-NJK<br><br>**ORDER**<br>[Docket No. 13] |

Pending before the Court is Plaintiff's motion for a scheduling conference in this interpleader action, Docket No. 13, which is **GRANTED**. A scheduling conference is hereby **SET** for 10:30 a.m. on January 22, 2020, in Courtroom 3C. In addition to the attorneys for the parties who have already appeared, the Clerk's Office is **INSTRUCTED** to also serve electronic notice of this order on *pro se* Defendant Rachael Menges, at mengesr@gmail.com. *See* Docket No. 10 at 3.

IT IS SO ORDERED.

Dated: December 31, 2019.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE