Ann-Martha Andrews
Nevada Bar No. 007585
Kristina N. Holmstrom
Nevada Bar No. 010086
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
3800 Howard Hughes Parkway
Suite 1500
Las Vegas, NV 89169
Telephone:  602.778.3700
Fax:  602.778.3750
ann.andrews@ogletree.com
kristina.holmstrom@ogletree.com

*Attorneys for Plaintiff Standard Insurance Company*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| STANDARD INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>JEAN E. BATES and RACHAEL MENGES,<br><br>Defendants. | Case No.:  2:19-CV-01704-JCM-NJK<br><br>**STIPULATION TO EXTEND DATE TO ANSWER COMPLAINT**<br><br>**(Third Request)** |

Defendant Rachael Menges and plaintiff Standard Insurance Company hereby stipulate that the defendant may have through and including January 17, 2020 to answer the plaintiff's Complaint.

Good cause exists for this extension as the defendant Rachael Menges, who lives in Germany, has been unsuccessful in retaining local counsel and plans to proceed pro se. Ms. Menges is currently making arrangements to complete court filings from Germany, however, she requires some additional time to make such arrangements.

The parties certify that this stipulation was done in good faith and not for the purposes of delay.

DATED this 10th day of January 2020.

/s/ Rachael Menges
Pro Per

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Ann-Martha Andrews
Ann-Martha Andrews
Nevada Bar No. 007585
Kristina N. Holmstrom
Nevada Bar No. 010086
3800 Howard Hughes Parkway
Suite 1500
Las Vegas, NV 89169
Telephone: 602.778.3700
Fax: 602.778.3750
ann.andrews@ogletree.com
kristina.holmstrom@ogletree.com

*Attorneys for Plaintiff Standard Insurance Company*

**IT IS SO ORDERED**.

UNITED STATES MAGISTRATE JUDGE

DATED: January 13, 2020