# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STANDARD INSURANCE COMPANY, | Case No. 2:19-CV-1704 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| JEAN E. BATES and RACHAEL MENGES, | |
| Defendant(s). | |

Presently before the court the matter of Standard Insurance Company v. Bates, et al., case number 2:19-cv-01704-JCM-NJK. On January 27, 2020, Standard Insurance company voluntarily dismissed its claim against defendant Rachael Menges. (ECF No. 24). On February 4, 2020, this court granted Standard Insurance Company and Jean E. Bates's stipulation of dismissal. (ECF No. 25).

Now, the only remaining claim is Jean E. Bates's cross-claim against Rachael Menges. (ECF No. 6). Rachael Menges has not appeared in this action.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Jean E. Bates shall file a notice of voluntary dismissal or other appropriate motion prosecuting her cross-claim against Rachael Menges within seven (7) days of this order.

DATED February 6, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**